March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Douglas Waterman

        Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 MAG 11861 (__)(__)

Defendant __Douglas Waterman__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

✓    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_Christopher Flood for Douglas Waterman_          _[signature]_
Defendant's Signature                                   Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Douglas Waterman_                              _Christopher Flood_
Print Defendant's Name                          Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

                                                             _Stewart D. Aaron_

__11/6/2020__                                        _____
Date                                                   U.S. Magistrate Judge