UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

-v-

DOUGLAS WATERMAN,

      Defendant.

CRIMINAL ACTION NO.: 20 Mag. 11861 (UA)-1

**BAIL MODIFICATION ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

  On the application of Pretrial Services, Defendant Douglas Waterman's conditions of release on bail are MODIFIED to include the following additional condition:

  Defendant shall be subject to substance abuse and mental health testing and treatment as deemed necessary by Pretrial Services.

  All other conditions set by the Honorable Stewart D. Aaron on November 6, 2020 remain in full force and effect.

Dated:   New York, New York
      March 17, 2021

              SO ORDERED

              _____
              SARAH L. CAVE
              United States Magistrate Judge